1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALEJANDRO SALGADO-PEREZ,              1:05-CV-00685-REC-WMW-HC

12                                         ORDER VACATING REPORT
                    Petitioner,            AND RECOMMENDATION OF
13                                         AUGUST 18, 2005 [Document #10]

14          vs.                            ORDER TO SUBMIT NEW APPLICATION
                                           TO PROCEED IN FORMA PAUPERIS
15   U. S. ATTORNEY GENERAL                AND NEW COPY OF TRUST ACCOUNT
     ALBERTO GONZALEZ, et al.,             STATEMENT, OR PAY FILING FEE
16                  Respondents.

17   _____/

18          Petitioner is a federal prisoner proceeding pro se with a petition for a writ of habeas corpus

19   pursuant to 28 U.S.C. § 2241.  On August 18, 2005, the court submitted a report and recommendation

20   to United States District Judge Robert E. Coyle to dismiss petitioner's case for failure to comply with

21   the court's order for petitioner to submit an application to proceed in forma pauperis or pay the $5.00

22   filing fee.  On August 23, 2005, petitioner submitted an application to proceed in forma pauperis and

23   a copy of his prison trust account statement.  Therefore, the court's report and recommendation shall

24   be vacated.

25          Petitioner's application to proceed in forma pauperis did not include the required original

26   signature of an officer of the institution of incarceration.  In addition, the copy of petitioner's trust

27   account statement was not certified and did not include the entire six month period immediately

28   preceding the filing of the petition.  See 28 U.S.C. § 1915(a)(2).  Petitioner will be provided the

1    opportunity to submit a new, completed application to proceed in forma pauperis and a new, certified

2    copy of his trust account statement, or in the alternative, to pay the $5.00 filing fee.

3           In accordance with the above, IT IS HEREBY ORDERED that:

4           1.    The Magistrate's report and recommendation of August 18, 2005, is VACATED

5                 in its entirety;

6           2.    The Clerk's Office shall send to petitioner the form for application to proceed in

7                 forma pauperis; and

8           3.    Within thirty days of the date of service of this order, petitioner shall submit a

9                 completed application to proceed in forma pauperis with original signatures and

10                a certified copy of his prison trust account statement for the entire six month

11                period immediately preceding the filing of the complaint, or in the alternative,

12                to pay the $5.00 filing fee for this action.  Failure to comply with this order will

13                result in a recommendation that this action be dismissed.

14   IT IS SO ORDERED.

15   **Dated:    October 10, 2005**              **/s/  William M. Wunderlich**

16   bl0dc4                                    UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28